UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE HIGHLANDS NORTH
CONDOMINIUM ASSOCIATION,

                Plaintiff,

   v.

ALLSTATE INSURANCE
COMPANY, et al.,

                Defendants.

C18-1506 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Because Defendant Allstate Insurance Company has not yet entered an appearance in this matter, the Stipulation and Proposed Order of Dismissal of Defendant Allstate Insurance Company Only Without Prejudice, docket no. 5, is treated as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). *See Pedrina v. Chun*, 987 F.3d 608 (9th Cir. 1993) (plaintiff may dismiss by notice fewer than all of the named defendants). The Clerk is DIRECTED to update the docket accordingly.

(2) The Clerk is FURTHER DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of December, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1