JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

THE HIGHLANDS NORTH CONDOMINIUM
ASSOCIATION, a Washington non-profit
corporation,

                    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an
Illinois company; AMERICAN CASUALTY
COMPANY OF READING, PA, a Pennsylvania
company; AMERICAN GUARANTEE AND
LIABILITY INSURANCE COMPANY, an
Illinois company; SAFECO INSURANCE
COMPANY OF AMERICA, a New Hampshire
company; STATE FARM FIRE AND
CASUALTY COMPANY, an Illinois company;
and DOE INSURANCE COMPANIES 1–10,

                    Defendants.

NO. 2:18-cv-01506-TSZ

NOTICE OF DISMISSAL OF STATE FARM
FIRE AND CASUALTY COMPANY
WITHOUT PREJUDICE AND WITHOUT
COSTS

       Pursuant to FRCP 41(a), Plaintiff  Highlands North Condominium Association (the

"Association") hereby dismisses its claim against Defendant State Farm Fire & Casualty Company

("State Farm") without prejudice and without costs.  State Farm has not served either an answer or a

motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action.

Accordingly, the Association may dismiss its claim against State Farm without a court order pursuant to

FRCP 41(a).

///

NOTICE OF DISMISSAL OF STATE FARM FIRE
AND CASUALTY COMPANY WITHOUT
PREJUDICE AND WITHOUT COSTS (NO. 2:18-
cv-01506-TSZ) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

1    RESPECTFULLY SUBMITTED THIS 16th day of January, 2019.

2

3                       **STEIN, SUDWEEKS & STEIN, PLLC**

4

5                       _/s/ Daniel Stein_
                       Daniel J. Stein, WSBA 48739

6                       2701 First Avenue, Suite 430
                       Seattle, WA 98121

7                       Email: dstein@condodefects.com
                       Telephone: (206) 388-0660

8                       Facsimile: (206) 286-2660

9                       **_Attorney for Plaintiff_**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DISMISSAL OF STATE FARM FIRE
AND CASUALTY COMPANY WITHOUT
PREJUDICE AND WITHOUT COSTS (NO. 2:18-
cv-01506-TSZ) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019, a copy of the foregoing **Document** and this **Certificate of Service** were served on counsel below as noted:

<u>Attorneys for Defendant Safeco Insurance Company of America:</u>
Michael McCormack, WSBA No. 15006
Bullivant Houser Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1397
Phone: (206) 292-8930
Email: Michael.mccormack@bullivant.com

☐  via US Mail
☐  via Legal Messenger
☐  via Overnight Mail
☑  via USDC ECF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 16th day of January, 2019, at Seattle, Washington.

*s/Kirsten Young*
Kirsten Young, Paralegal
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: kirsten@condodefects.com
Phone: (206) 388-0660

NOTICE OF DISMISSAL OF STATE FARM FIRE AND CASUALTY COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS (NO. 2:18-cv-01506-TSZ) - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660