JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois company; AMERICAN CASUALTY COMPANY OF READING, PA, a Pennsylvania company; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, an Illinois company; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire company; STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:18-cv-01506-TSZ<br><br>NOTICE OF DISMISSAL OF AMERICAN CASUALTY COMPANY OF READING, PA WITHOUT PREJUDICE AND WITHOUT COSTS |

Pursuant to FRCP 41(a), Plaintiff Highlands North Condominium Association (the "Association") hereby dismisses its claim against Defendant American Casualty Company of Reading, PA ("American Casualty") without prejudice and without costs. American Casualty has not served either an answer or a motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against American Casualty without a court order pursuant to FRCP 41(a).

NOTICE OF DISMISSAL OF AMERICAN
CASUALTY COMPANY OF READING, PA
WITHOUT PREJUDICE AND WITHOUT COSTS
(NO. 2:18-cv-01506-TSZ) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

RESPECTFULLY SUBMITTED THIS 16th day of January, 2019.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Daniel Stein*
Daniel J. Stein, WSBA 48739
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: dstein@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660

***Attorney for Plaintiff***

NOTICE OF DISMISSAL OF AMERICAN CASUALTY COMPANY OF READING, PA WITHOUT PREJUDICE AND WITHOUT COSTS (NO. 2:18-cv-01506-TSZ) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

<u>Attorneys for Defendant Safeco Insurance Company of America:</u>
Michael McCormack, WSBA No. 15006
Bullivant Houser Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1397
Phone: (206) 292-8930
Email: Michael.mccormack@bullivant.com

☐ via US Mail
☐ via Legal Messenger
☐ via Overnight Mail
☒ via USDC ECF

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 16th day of January, 2019, at Seattle, Washington.

*s/Kirsten Young*
Kirsten Young, Paralegal
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: kirsten@condodefects.com
Phone: (206) 388-0660

NOTICE OF DISMISSAL OF AMERICAN CASUALTY COMPANY OF READING, PA WITHOUT PREJUDICE AND WITHOUT COSTS (NO. 2:18-cv-01506-TSZ) - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660