JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE HIGHLANDS NORTH CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois company; AMERICAN CASUALTY COMPANY OF READING, PA, a Pennsylvania company; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, an Illinois company; SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire company; STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company; and DOE INSURANCE COMPANIES 1–10,<br><br>　　　　　　　　　Defendants. | NO. 2:18-cv-01506-TSZ<br><br>NOTICE OF DISMISSAL OF AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THIS CASE BE CLOSED |

Pursuant to FRCP 41(a), Plaintiff Highlands North Condominium Association (the "Association") hereby dismisses its claim against Defendant American Guarantee and Liability Insurance Company ("American Guarantee") without prejudice and without costs. American Guarantee has not served either an answer or a motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against American Guarantee without a court order pursuant to FRCP 41(a). As no other

NOTICE OF DISMISSAL OF AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THIS CASE BE CLOSED (NO. 2:18-cv-01506-TSZ) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

Defendants remain in this lawsuit other than Doe Insurance Companies 1-10 which the Association also dismisses without prejudice and without costs, the Association asks that this case be closed.

RESPECTFULLY SUBMITTED THIS 1st day of March, 2019.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Daniel Stein*
Daniel J. Stein, WSBA 48739
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: dstein@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660

***Attorney for Plaintiff***

NOTICE OF DISMISSAL OF AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THIS CASE BE CLOSED (NO. 2:18-cv-01506-TSZ) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, a copy of the foregoing Notice of Dismissal of American Guarantee and Liability Insurance Company was submitted through the Court's electronic filing system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 1st day of March, 2019, at Seattle, Washington.

*s/Kirsten Young*
Kirsten Young, Paralegal
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: kirsten@condodefects.com
Phone: (206) 388-0660

NOTICE OF DISMISSAL OF AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THIS CASE BE CLOSED (NO. 2:18-cv-01506-TSZ) - 3

STEIN, SUDWEEKS & STEIN, PLLC
2701 1ST AVE., SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660   FAX 206.286.2660